IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| RODNEY LEWIS WOODS, #18898-078 | § | |
| VS. | § | CIVIL ACTION NO. 4:14cv716 |
| | | CRIMINAL ACTION NO. 4:11cr106(8) |
| UNITED STATES OF AMERICA | § | |

**O R D E R**

The above-entitled and numbered civil action was referred to a United States Magistrate Judge. The Initial Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections were timely filed. The court concludes that the findings and conclusions of the United States Magistrate Judge are correct, and adopts the same as the findings and conclusions of the court. It is therefore

**ORDERED** that the motion for default judgment (docket entry #7) is **DENIED**.

**So Ordered and Signed on this**

**Jan 4, 2016**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE